IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JERRY FRANCE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:10CV00706 SWW |
| | * |
| POROCEL INDUSTRIES, INC., | * |
| | * |
| Defendant. | * |

**Order**

The Court hereby directs defendant to mail a copy of the Notice signed by the Court on this date to the employees whose names and addresses the parties submitted to the Court. Because the Notice is self-explanatory, no cover letter should be included with the Notice.

DATED this 21st day of December, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE