IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY FRANCE, on behalf of himself and
on behalf of all others similarly-situated

PLAINTIFF

v.                    Case No. 4:10CV00706 JTK

POROCEL INDUSTRIES, LLC                                    DEFENDANT

## ORDER OF DISMISSAL

The parties have notified the Court that they have completed all necessary steps in the court-approved settlement of all the pending claims in this case. Therefore, they have filed a Joint Motion to Dismiss, DE # 37, requesting that this case be dismissed with prejudice with the Court preserving jurisdiction solely to enforce the terms of the settlement.

Upon the joint motion to dismiss with prejudice, the Court orders that the complaint in the above-entitled action be dismissed with prejudice. It is the obligation of the parties requesting dismissal to comply with the terms of the settlement, and this Court specifically retains jurisdiction to enforce the terms of the settlement agreement forming the underpinning of this dismissal.

IT IS THEREFORE ORDERED that the complaint be, and it hereby is, dismissed with prejudice, subject to the terms of the settlement agreement.

DATED this 24th day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE